# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILLIAM SHAKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AEGION CORPORATION, a MISSOURI CORPORATION, INSITUFORM TECHNOLOGIES, LLC, a DELAWARE LIMITED LIABILITY COMPANY; LAAU M. HALL, an individual, JOHN DOES I-X,<br><br>Defendants. | **THIRD AMENDED SCHEDULING ORDER**<br><br>Case No. 4:23-cv-00087-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

This matter is before the Court on the parties' Stipulated Motion to Extend Scheduling Order.[1] The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Federal Rule of Civil Procedure 16.

** ALL TIMES 4:30 P.M. UNLESS INDICATED **

2.  DISCOVERY LIMITATIONS                                          NUMBER

   j.   Last day to serve written discovery:              September 26, 2025

   k.   Close of fact discovery:                          October 31, 2025

---

[1] Docket No. 44, filed May 21, 2025.

| | | | |
|---|---|---|---|
| 3. | | AMENDMENT OF PLEADINGS/ADDING PARTIES | DATE |
| | a. | Last day to file Motion to Amend Pleadings: | October 31, 2025 |
| | b. | Last day to file Motion to Add Parties: | October 31, 2025 |
| 4. | | RULE 26(a)(2) EXPERT DISCLOSURES AND REPORTS | DATE |

Notice of Designation required by DUCivR 26-1(a)(2)

- a. Party(ies) bearing burden of proof: November 28, 2025
- b. Party(ies) not bearing burden of proof: January 30, 2026

Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports

- a. Party(ies) bearing burden of proof: November 28, 2025
- b. Party(ies) not bearing burden of proof: January 30, 2026
- c. Rebuttal reports, if any: February 27, 2026
- d. Last day for expert discovery: April 17, 2026

5. OTHER DEADLINES — DATE

- a. Deadline for filing dispositive or potentially dispositive motions (*including a motion to exclude experts when expert testimony is required to resolve the motion*) — May 15, 2026
- b. Scheduling conference for purposes of setting a trial date in Room 2B 206 (St. George) before Judge Ann Marie McIff Allen. — June 9, 2026 at 2:00 p.m.

Signed: May 22, 2025.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge