# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH (Southern Region)

| | |
|---|---|
| WILLIAM SHAKE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AEGION CORPORATION, a MISSOURI CORPORATION; INSITUFORM TECHNOLOGIES, LLC, a DELAWARE LIMITED LIABILITY COMPANY; LAAU M. HALL, an individual; JOHN DOES I-X;<br><br>    Defendants. | **FOURTH AMENDED SCHEDULING ORDER**<br><br>Case No.: 4:23-cv-00087-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulated Motion to Extend Scheduling Order,[1] the following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 16.

**\*\*ALL TIMES 4:30 PM UNLESS INDICATED\*\***

| | | | |
|---|---|---|---|
| 2. | **DISCOVERY LIMITATIONS** | | **NUMBER** |
| | j. | Last day to serve written discovery: | _01/26/2026_ |
| | k. | Close of fact discovery: | _02/28/2026_ |
| 3. | **AMENDMENT OF PLEADINGS/ADDING PARTIES** | | **DATE** |
| | a. | Last day to file Motion to Amend Pleadings: | _02/28/2026_ |
| | b. | Last day to file Motion to Add Parties: | _02/28/2026_ |
| 4. | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | | **DATE** |

**Notice of Designation required by DUCivR 26-1(a)(2)**

| | | | |
|---|---|---|---|
| | a. | Party(ies) bearing burden of proof: | _03/30/2026_ |
| | b. | Party(ies) not bearing burden of proof: | _06/01/2026_ |

---

[1] Docket No. 47, filed September 16, 2025.

**Service of Fed. R. Civ. P. 26 (a)(2) Disclosures and Reports**

| | | |
|---|---|---|
| a. | Party(ies) bearing burden of proof: | *03/30/2026* |
| b. | Party(ies) not bearing burden of proof: | *06/01/2026* |
| c. | Rebuttal reports, if any: | *06/29/2026* |
| d. | Last day for expert discovery: | *08/17/2026* |

**5.  OTHER DEADLINES**                                                                                    DATE

a.  Deadline for filing dispositive or potentially dispositive motions: (*including a motion to exclude experts when expert testimony is required to resolve the motion*)    *09/14/2026*

b.  Scheduling conference for purposes of setting a trial date in Room 2B 206 (St. George) before District Judge Ann Marie McIff Allen:    *10/13/2026 at 2:00 p.m.*

Signed September 17, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge