Kara H. North (13564)
Alyssa J. Wood (16613)
MOXIE LAW GROUP
2100 W. Pleasant Grove Blvd, Ste 450B
Pleasant Grove, UT 84062
Telephone: 801-599-0691
Fax: 801-401-7368
kara@moxielawgroup.com
alyssa@moxielawgroup.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILLIAM SHAKE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AEGION CORPORATION, a MISSOURI CORPORATION, INSITUFORM TECHNOLOGIES, LLC, a DELAWARE LIMITED LIABILITY COMPANY; LAAU M. HALL, an individual, JOHN DOES I-X, <br><br> Defendants. | **PARTIES' SIXTH STIPULATED MOTION FOR FINAL AMENDED SCHEDULING ORDER** <br><br> Case No. 4:23-CV-00087 <br><br> Judge David Nuffer |

This matter comes before the court on the Parties' Sixth Stipulated Motion for one final, amended scheduling order which would extend the currently scheduled close of fact discovery deadline of July 31, 2026, with all other deadlines to follow. On or around March 11, 2026, the Parties appeared before the court to discuss the additional time needed to complete discovery in this case.

During this March 2026 hearing, the parties acknowledged that part of the difficulties during discovery in this case were the scheduling depositions with numerous treating medical

providers of the Plaintiff.  Since the March 2026 court hearing, the Parties have conducted several depositions, but unfortunately a handful of the Plaintiff's medical providers had to reschedule, and their new availability is outside the availability of the current fact discovery deadline. Additionally, one provider's clinic is out of business, and it has been difficult to locate this provider, until as recent as last week.

Both parties believe that completing these additional depositions within fact discovery is important to the potential resolution of the case and is likely to minimize the significant expense that comes during expert discovery. Finally, the parties are discussing setting dates for mediation once these depositions are concluded.

As such, the Parties are requesting a brief extension to the fact discovery deadline until September 30, 2026.  Parties are confident no further requests for extended deadlines will be requested at this time and anticipate scheduling mediation in or around that time.

Dated this the 30th of July, 2026.    MOXIE LAW GROUP

*/s/ Kara H. North*
Kara H. North
Alyssa J. Wood
Counsel for Plaintiff

Dated this the 30th of July, 2026.    CHRISTENSEN & JENSEN

*/s/ Kevin Tanner*
Kevin Tanner
(e-signed with permission via phone)