## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH (Southern Region)

| | |
|---|---|
| WILLIAM SHAKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AEGION CORPORATION, a MISSOURI CORPORATION; INSITUFORM TECHNOLOGIES, LLC, a DELAWARE LIMITED LIABILITY COMPANY; LAAU M. HALL, an individual; JOHN DOES I-X;<br><br>Defendants. | **SIXTH AMENDED SCHEDULING ORDER**<br><br>Case No.: 4:23-cv-00087-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

This matter is before the Court on the parties' Sixth Motion to Amend Scheduling Order.[1]  Having considered the representations of counsel within the pleadings based on the difficulty with scheduling various treating provider depositions, the Court finds good cause to amend the current scheduling order. The following matters are scheduled.

**\*\*ALL TIMES 4:30 PM UNLESS OTHERWISE INDICATED\*\***

| | | | DATE |
|---|---|---|---|
| **1.** | | **DISCOVERY LIMITATIONS** | |
| | a. | Last day to serve written discovery: | *08/30/2026* |
| | b. | Close of fact discovery: | *09/30/2026* |
| **2.** | | **AMENDMENT OF PLEADINGS/ADDING PARTIES** | **DATE** |
| | a. | Last day to file Motion to Amend Pleadings: | *08/30/2026* |
| | b. | Last day to file Motion to Add Parties: | *08/30/2026* |
| **3.** | | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |

**Notice of Designation required by DUCivR 26-1(a)(2)**

| | | | |
|---|---|---|---|
| | a. | Party(ies) bearing burden of proof: | *10/15/2026* |

---

[1] Docket No. 55, filed July 30, 2026.

|   |   |   |
|---|---|---|
| b. | Party(ies) not bearing burden of proof: | *11/30/2026* |

**Service of Fed. R. Civ. P. 26 (a)(2) Disclosures and Reports**

|   |   |   |
|---|---|---|
| a. | Party(ies) bearing burden of proof: | *11/15/2026* |
| b. | Party(ies) not bearing burden of proof: | *12/15/2026* |
| c. | Rebuttal reports, if any: | *01/30/2027* |
| d. | Last day for expert discovery: | *03/01/2027* |

**4.    OTHER DEADLINES**                                                                     **DATE**

|   |   |   |
|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions and partial or complete motions to exclude expert witnesses: | *03/31/2027* |
| b. | Scheduling conference for purposes of setting a trial date in Room 2B 206 (St. George) before District Judge Ann Marie McIff Allen: | *04/13/2027 at 2:00 p.m.* |

Signed July 31, 2026.

BY THE COURT:

_____

PAUL KOHLER
United States Magistrate Judge